27800 31

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

GEORGE NADER

*Defendant*

)
) Case 1:19-cr-374
) Assigned to: Judge Randolph D. Moss
) Date Assigned: 11/07/2019
) Description: Indictment (B)
)
)

## ARREST WARRANT

**FILED DEC 13 2019**
Clerk, U.S. District and Bankruptcy Courts

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* George Nader,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 --- 18 U.S.C. § 371   (Conspiracy)
Count 2 --- 52 U.S.C. §§ 30122 and 30109(d)(1)(A)(i); 18 U.S.C. § 2   (Making Conduit Contributions and Aiding and Abetting)
Counts 3,5,7,9,11 --- 18 U.S.C. §§ 1001(a)(2) and 2   (False Statements and Aiding and Abetting)
Counts 4,6,8,10,12 --- 18 U.S.C. §§ 1519 and 2   (Causing False Records and Aiding and Abetting)

Date: 11/07/2019

*Issuing officer's signature*

City and state: Washington, D.C.     Hon. G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/12/2019, and the person was arrested on *(date)* 12/13/2019
at *(city and state)* Washington, DC.

Date: 12/13/2019

*Arresting officer's signature*

Alex A. Crieso, DUSM
*Printed name and title*

